**Electronically Filed
Supreme Court
SCWC-24-0000409
18-JUL-2025
01:58 PM
Dkt. 9 ORD**

SCWC-24-0000409

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

TONY HAWAII, LLC, dba TONY HONDA,
a Hawaiʻi Limited Liability Company,
Respondent/Plaintiff-Appellee,

vs.

YVETTE LEILANI MOORE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000409; CASE NO. 1DRC-23-0006297)

ORDER
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's application for writ of certiorari filed June 16, 2025, is hereby rejected.

Construed as also seeking a writ of mandamus or prohibition, the application is denied for failure to demonstrate a clear and indisputable right to relief. See Wombly Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

Petitioner's "Supplement to Writ of Certiorari/Motion to Stay/Motion for Writ of Accounting/Affidavit of Yvette L Moore/Leave to Amend" filed June 27, 2025 (June 27, 2025 Motion) is hereby denied.

Respondent's July 2, 2025 motion to strike the June 27, 2025 Motion is denied as moot.

DATED:  Honolulu, Hawai'i, July 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens